889 A.2d 501

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Shawn COLE, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 28, 2005.

## *ORDER*

PER CURIAM.

AND NOW, this 28th day of December 2005, the Petition for Allowance of Appeal is granted limited to:

Whether the Chester County detectives engaged in sentencing entrapment by continuing to make controlled buys of controlled substances over an extended period of time long after they had sufficient evidence to convict the defendant in an attempt to manipulate or enhance his sentence, and if so what is the proper remedy.